UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.

FOOD MARKETING CONSULTANTS, INC.,
d/b/a San Bernardo Ice Cream,
a Florida profit corporation

       Plaintiff,

vs.

PERRY'S ICE CREAM COMPANY, INC.,
a Delaware profit corporation,

       Defendant.

_____/

**COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF
FOR TRADEMARK INFRINGEMENT**

Plaintiff, FOOD MARKETING CONSULTANTS, INC. d/b/a San Bernardo Ice Cream ("SAN BERNARDO"), a Florida profit corporation, by and through their undersigned counsel, hereby files this Complaint against the Defendant, PERRY'S ICE CREAM COMPANY, INC., ("PERRY'S"), a Delaware profit corporation, and allege as follows.

**THE PARTIES**

1.    SAN BERNARDO is a Florida corporation doing business in Florida, and whose principal place of business is in Broward County, Florida.

2.    Defendant, PERRY'S, is a Delaware corporation, and whose principal place of business is located in New York. Defendant has no known office or registered agent in the state of Florida.

MATT ALLEN LAW, PLLC
305.764.0404 ► 9900 SW 107th Ave., Ste. 101, Miami, FL 33176 ► www.mattallenlaw.com

**JURISDICTION AND VENUE**

3.     This is an action for trademark infringement under the Lanham Act, 15 U.S.C. § 1114; false designation of origin under 15 U.S.C. § 1125(a); unfair competition under 15 U.S.C. § 1125(a); and for related claims of common law trademark infringement and unfair competition under Florida law.

4.     This Court has subject matter jurisdiction over the claims that relate to the Lanham Act pursuant to the provisions of 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331, 1338. This Court also has subject matter jurisdiction pursuant to 28 U.S.C. § 1332, as this is an action between a Florida citizen and a citizen of another state and as the amount in controversy is in excess of $75,000, exclusive of interest, costs and attorneys' fees.

5.     This Court has supplemental jurisdiction over the claims in this Complaint which arise under Florida law, pursuant to 28 U.S.C. § 1367(a), because the state law claims are so related to the federal claims that they form a part of the same case or controversy and derive from a common nucleus of operative facts.

6.     Venue is appropriate in the Southern District of Florida pursuant to 28 U.S.C. §§ 1391(b) and (c).

7.     This Court has specific jurisdiction over the Defendants under Florida Statute § 48.193(1)(a)(2) as this cause of action arises out of the Defendant's commission of tortious acts within Florida.

8.     SAN BERNARDO'S claims arise out of or relate to at least one of PERRY'S contacts with the state of Florida. Specifically, PERRY'S has intentionally misappropriated SAN BERNARDO'S trademarks and goodwill by distributing and selling ice cream products with packaging that bears and features SAN BERNARDO'S federally registered "ESCAPES

MARKS," as defined below.  This intentional conduct has resulted in contact with Florida in the form of SAN BERNARDO'S injury.

9.      PERRY'S has purposefully availed itself of Florida's laws and protections by manufacturing ice cream products sold in the state of Florida.[1]

10.      Jurisdiction in Florida comports with traditional notions of fair play and substantial justice because Florida has an interest in protecting trademarks registered and used in commerce by Florida businesses from infringement, and because SAN BERNARDO is a Florida business and may obtain effective and convenient relief in this Court and should not be required to travel out of state to obtain a remedy.

**GENERAL ALLEGATIONS**

11.      SAN BERNARDO manufactures,[2] and distributes and sells ice cream products under the federally registered trademarks "ITALIAN ESCAPES" and "TROPICAL ESCAPES" (collectively the "ESCAPES MARKS"), and has done so continuously since 2013.

12.      SAN BERNANDO owns and holds Federal Registration No. 4691007, filed February 24, 2014 and registered February 24, 2015, for the word mark TROPICAL ESCAPES™ in International Class 030, United States Class 046, for frozen confections, namely, ice cream. SAN BERNARDO first used the mark in interstate commerce on September 1, 2013. A true and correct copy of the certificate of registration is attached as Exhibit A.

13.      SAN BERNARDO owns and holds Federal Registration No. 4698399, filed February 25, 2014 and registered March 10, 2015, for the word mark ITALIAN ESCAPES™

---

[1] See http://www.perrysicecream.com/ice-cream-for-our-out-of-area-fans.
[2] San Bernardo's ice cream products are manufactured by contract manufacturers in accordance with San Bernarado's recipes, specifications and quality standards.

in International Class 030, United States Class 046, for frozen confections, namely, ice cream.  SAN BERNARDO first used the mark in interstate commerce on September 1, 2013. A true and correct copy of the certificate of registration is attached as Exhibit B.

14.    Through long and successful marketing and distribution practices, SAN BERNARDO has developed a reputation for quality, freshness, and reliability as a supplier of ice cream products to restaurants, grocery stores, cruise lines, retail stores, and other firms engaged in the grocery and food service industries.  Attached as Exhibit C are photographs of SAN BERNARDO'S products offered for sale under and bearing the ESCAPES MARKS.

15.    SAN BERNARDO has expended considerable time, effort, expertise and money in developing and marketing its ice cream products to the food service and retail markets under the ESCAPES MARKS.  At significant expense, SAN BERNARDO has marketed those products at food distributor trade shows across the country and internationally since 2013, where the products and samples have been offered and promoted under the ESCAPES MARKS.  Among others, SAN BERNARDO attended the South Beach Food and Wine Festival in February 2014, the FMI Supermarket Show in Chicago and the Fancy Foods Show in New York in June 2014.  The FMI Supermarket Show is attended by supermarkets, brokers and distributors throughout the country.  The Fancy Food Show is attended by retail sellers, and is held in New York City.  SAN BERNARDO has sold ITALIAN ESCAPES™ and TROPICAL ESCAPES™ as retail products for distribution in Florida, New York, Pennsylvania, New Jersey, Texas, Massachusetts, Connecticut and California since March of 2014.  SAN BERNARDO expanded its distribution of ITALIAN ESCAPES™ and TROPICAL ESCAPES™ through an online retailer in April 2014, and has presented the

MATT ALLEN LAW, PLLC
305.764.0404   ►   9900 SW 107th Ave., Ste. 101, Miami, FL 33176   ►   www.mattallenlaw.com

products and samples to grocery store chains and distributors directly and at trade shows throughout the country ever since.

16.     On or about April 25, 2015, SAN BERNARDO discovered that PERRY'S sells ice cream products prominently featuring the mark "ESCAPES" on the ice cream cartons. PERRY'S refers to these products as their "ESCAPES" line of ice cream, which they publicly announced on March 19, 2015 on their website[3] under the heading "Introducing Perry's New Line of Ice Cream."  PERRY'S website states that PERRY'S launched its ESCAPES line with twenty flavors available "at retail locations where PERRY'S ice cream is sold."  Each of those products is sold with packaging that prominently features PERRY'S infringing "ESCAPES" mark.  A copy of this page of PERRY'S web site depicting its line of "ESCAPES" branded ice cream products is attached and incorporated herein as Exhibit D.  To promote their ESCAPES line, PERRY'S announced a sweepstakes contest on May 20, 2015 on their website called Escape Passport Sweepstakes,[4] directly linking to their website for their ESCAPES line of ice cream products.   PERRY'S also markets ice cream under "ESCAPES" through a dedicated Facebook page.  See Exhibit E hereto.

17.     SAN BERNARDO has no adequate remedy at law for the acts of infringement and other unlawful acts described herein, which acts have caused and, unless enjoined, will continue to cause damage and irreparable injury to SAN BERNARDO.

18.     Upon information and belief, PERRY'S acts described herein were intentional, deliberate, and willful.   PERRY'S began branding and selling its line of "ESCAPES" branded ice cream products within two years of SAN BERNARDO'S adoption, use and registration of

---

[3] The blog article is featured at www.perrysicecream.com/introducing_perrys_new_line/.
[4] The sweepstakes article is featured at http://www.perrysicecream.com/escapes-passport-sweepstakes/.

MATT ALLEN LAW, PLLC
305.764.0404   ◄►   9900 SW 107th Ave., Ste. 101, Miami, FL 33176   ◄►   www.mattallenlaw.com

the ESCAPES MARKS for it is line of competitive ice cream products.  SAN BERNARDO has sold or offered for sale its TROPICAL ESCAPES and ITALIAN ESCAPES ice cream products to grocery store chains and distributors in Florida and New York, among others, to which PERRY'S also sells ice cream products.  Among these are Wegman's and Giant Eagle in New York, and Winn-Dixie stores in Florida (for whom PERRY'S is a contract manufacturer of Winn-Dixie branded products).  PERRY'S "ESCAPES" line of ice cream products includes flavors and package sizes that are closely similar or identical to those offered by SAN BERNARDO under the ESCAPES MARKS.    The overall similarity in SAN BERNARDO'S and PERRY'S product lines and PERRY'S adoption and use of an essentially identical mark support the conclusion that PERRY'S has acted with the intent to appropriate to itself SAN BERNARDO'S goodwill as embodied in its ESCAPES MARKS.

**COUNT I**
**Trademark Infringement of the TROPICAL ESCAPES™ Mark in**
**Violation of  Section 32 of the Lanham Act, 15 U.S.C. § 1114**

19.    SAN BERNARDO restates the allegations contained in paragraphs 11, 12 AND 14 through 18 above as if fully set forth herein.

20.    SAN BERNARDO owns the valid, federally registered mark TROPICAL ESCAPES™.

21.    SAN BERNARDO has expended considerable resources marketing, advertising, and promoting its goods under the TROPICAL ESCAPES™ mark in interstate commerce.

22.    SAN BERNARDO's exclusive and extensive promotion of the TROPICAL ESCAPES™ mark and the goodwill associated with its use has earned this trademark considerable value and caused it to become well known as identifying and distinguishing

MATT ALLEN LAW, PLLC
305.764.0404  ▶◀  9900 SW 107th Ave., Ste. 101, Miami, FL 33176  ▶◀  www.mattallenlaw.com

SAN BERNARDO exclusively and uniquely as the sole source of ice cream products bearing the TROPICAL ESCAPES mark.

23.     Notwithstanding SAN BERNARDO's statutory rights in the TROPICAL ESCAPES™ marks, with notice of SAN BERNARDO's federal registration rights, and without the authorization of SAN BERNARO, Defendant has in the past and continues to distribute, advertise, offer to sell, and sell in interstate commerce goods and services substantially similar or identical to the goods under the essentially identical mark "ESCAPES."

24.     Defendant's imitation, duplication, and unauthorized use of the TROPICAL ESCAPES™ mark has caused and is likely to continue to cause confusion, deception, and mistake among the consuming public by creating the erroneous impression that the goods sold, offered for sale, distributed, or advertised by Defendant has been manufactured, approved, sponsored, endorsed, guaranteed by, or is in some way connected with SAN BERNARDO.

25.     Defendant has committed and is continuing to commit trademark infringement in violation of 15 U.S.C. § 1114.

26.     Upon information and belief, Defendant's acts of infringement have been and will continue to be intentional, willful, deliberate, malicious, and have been committed with actual and constructive knowledge of the TROPICAL ESCAPES™ mark.

**COUNT II**
**Trademark Infringement of the ITALIAN ESCAPES™ Mark in**
**Violation of Section 32 of the Lanham Act, 15 U.S.C. § 1114**

27.     SAN BERNARDO restates the allegations contained in paragraphs 11 and 13 through 18 above as if fully set forth herein.

28.     SAN BERNARDO owns the valid, federally registered mark ITALIAN ESCAPES™.

29.     SAN BERNARDO has expended considerable resources marketing, advertising, and promoting its goods under the ITALIAN ESCAPES™ mark in interstate commerce.

30.     SAN BERNARDO's exclusive and extensive promotion of the ITALIAN ESCAPES™ mark and the goodwill associated with its use has earned this trademark considerable value and caused it to become well known as identifying and distinguishing SAN BERNARDO exclusively and uniquely as the sole source of ice cream products bearing the ITALIAN ESCAPES mark.

31.     Notwithstanding SAN BERNARDO's statutory rights in the ITALIAN ESCAPES™ marks, with notice of SAN BERNARDO's federal registration rights, and without the authorization of SAN BERNARO, Defendant has in the past and continues to distribute, advertise, offer to sell, and sell in interstate commerce goods and services substantially similar or identical to the goods under the essentially identical mark "ESCAPES."

32.     Defendant's imitation, duplication, and unauthorized use of the ITALIAN ESCAPES™ mark has caused and is likely to continue to cause confusion, deception, and mistake among the consuming public by creating the erroneous impression that the goods sold, offered for sale, distributed, or advertised by Defendant has been manufactured, approved, sponsored, endorsed, guaranteed by, or is in some way connected with SAN BERNARDO.

33.     Defendant has committed and is continuing to commit trademark infringement in violation of 15 U.S.C. § 1114.

MATT ALLEN LAW, PLLC
305.764.0404   ➤   9900 SW 107th Ave., Ste. 101, Miami, FL 33176   ➤   www.mattallenlaw.com

34.     Upon information and belief, Defendant's acts of infringement have been and will continue to be intentional, willful, deliberate, malicious, and have been committed with actual and constructive knowledge of the ITALIAN ESCAPES™ mark.

**COUNT III**
**False Designation of Origin of the TROPICAL ESCAPES™ and**
**ITALIAN ESCAPES™ Marks in Violation of Section 43(a) of**
**the Lanham Act, 15 U.S.C. § 1125(a)**

35.     SAN BERNARDO restates the allegations in paragraphs 11 through 18 as if fully set forth herein.

36.     Defendant's conduct constitutes use of false designation of origin, false representations, wrongfully and falsely designates Defendant's products as originating from or otherwise being connected with SAN BERNARDO's products, and constitutes the utilization of false descriptions or representations in interstate commerce likely to confuse, mislead, or deceive purchasers or potential purchasers.

37.     Defendant's actions constitute infringement of SAN BERNARDO's trademarks in violation of 15 U.S.C. § 1125(a).

**COUNT IV**
**Common Law Trademark Infringement of**
**the TROPICAL ESCAPES™ and ITALIAN ESCAPES™ Marks**

38.     SAN BERNARDO restates the allegations in paragraphs 11 through 18 as if fully set forth herein.

39.     Defendant's imitation, copying, and unauthorized use of the TROPICAL ESCAPES™ and ITALIAN ESCAPES™ marks have caused and are likely to cause confusion, deception, and mistake among the consuming public and trade by creating the erroneous impression that the goods or services sold, advertised, offered for sale, or distributed by

MATT ALLEN LAW, PLLC
305.764.0404  ▸  9900 SW 107th Ave., Ste. 101, Miami, FL 33176  ▸  www.mattallenlaw.com

Defendant have been manufactured, approved, sponsored, endorsed, guaranteed by, or are in some way affiliated with SAN BERNARDO.

40.     Defendant has committed, is presently committing, is presently engaged in, and, upon information and belief, will continue to commit common law trademark infringement.

### COUNT V
### Common Law Unfair Competition

41.     SAN BERNARDO restates the allegations in paragraphs 11 through 18 as if fully set forth herein.

42.     Defendant's conduct is likely to confuse, mislead, or deceive purchasers or potential purchasers, and constitutes common law unfair competition.

### PRAYER FOR RELIEF

WHEREFORE, by virtue of the unlawful acts and conduct on the part of Defendant, SAN BERNARDO respectfully prays that this Court will grant relief including the following:

A.     Adjudge that SAN BERNARDO's marks have been infringed, as a direct and proximate result of the acts of Defendant, as set forth in this Complaint, in violation of SAN BERNARDO's rights at common law and under the Federal Lanham Act;

B.     Adjudge that Defendant has competed unfairly with SAN BERNARDO in violation of its rights under common law and 15 U.S.C. § 1125(a);

C.     Adjudge that Defendant and each of their officers, directors, employees, agents, representatives, attorneys, successors, assigns, and any person(s) in active concert or participation with any of them, or any persons acting

for, with, by, through, or under any of them be enjoined and restrained temporarily, preliminarily, and permanently, including both the pendency of this action and thereafter as follows:

1.    From any packaging, importing, selling, offering for sale, distributing, advertising, or promoting any goods including, without limitation, frozen confections, ice cream, and other food products identified by means of printing, labeling, or any other marketing that includes the TROPICAL ESCAPES™ or ITALIAN ESCAPES™ marks, or any word or symbol confusingly similar thereto;

2.    From using any words or symbols which so resemble the TROPICAL ESCAPES™ or ITALIAN ESCAPES™ marks as to be likely to cause confusion, mistake or deception, in connection with the manufacture, importation, sale, offering for sale, distribution, advertisement or promotion of any product;

3.    From using any word, term, name, symbol, device, or combination thereof which causes or is likely to cause confusion, mistake or deception as to the affiliation or association of Defendants or their goods with SAN BERNARDO, or as to the origin of any of Defendant's goods, any false designation of origin, false or misleading description or representation of fact;

4.    From further infringing SAN BERNARDO's rights in and to the TROPICAL ESCAPES™ or ITALIAN ESCAPES™ marks, or otherwise damaging the goodwill or business reputation of SAN BERNARDO;

MATT ALLEN LAW, PLLC
305.764.0404   ►   9900 SW 107th Ave., Ste. 101, Miami, FL 33176   ►   www.mattallenlaw.com

5. From otherwise unfairly competing with SAN BERNARDO;

6. From further diluting the distinctive quality of the TROPICAL ESCAPES™ or ITALIAN ESCAPES™ marks; and

7. From continuing to perform in any manner whatsoever any of the other acts complained of in this Complaint;

D. Adjudge that SAN BERNARDO recover from Defendant its damages and lost profits in an amount to be proven at trial, that Defendant be required to account to SAN BERNARDO for any profits that are attributable to Defendant's illegal acts, and that SAN BERNARDO be awarded the greater of either: (1) three times Defendant's profits; or (2) any damages sustained by SAN BERNARDO under 15 U.S.C. § 1117, plus prejudgment and postjudgment interest; or, alternatively, that SAN BERNARDO be awarded statutory damages pursuant to 15 U.S.C. § 1117(c), plus prejudgment and postjudgment interest;

E. Adjudge that SAN BERNARDO be awarded its costs and disbursements incurred in connection with this action including SAN BERNARDO's reasonable attorney's fees and investigative expenses on the grounds that this in an exceptional case under 15 U.S.C. § 1117;

F. Adjudge that Defendant, within thirty days after service of the Judgment demanded herein, be required to file with this Court and serve upon SAN BERNARDO's undersigned counsel, a written report under oath setting forth in detail the manner in which Defendant has complied with this Judgment; and

G. Adjudge that all such other relief be awarded to SAN BERNARDO as this Court deems just and proper.

MATT ALLEN LAW, PLLC
305.764.0404   ►   9900 SW 107th Ave., Ste. 101, Miami, FL 33176   ►   www.mattallenlaw.com

Respectfully submitted this July 1, 2015,

MATT ALLEN LAW PLLC
9900 SW 107th Ave., Ste. 101
Miami, Florida 33176
305.764.0404
MattAllen801@gmail.com
www.mattallenlaw.com

By _____
Matthew J. Allen
Florida Bar No. 88524