UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-CV-61368-WPD

FOOD MARKETING CONSULTANTS,
INC. d/b/a SAN BERNARDO ICE CREAM,

      Plaintiff,

v.

PERRY'S ICE CREAM COMPANY, INC.,

      Defendant.

_____/

## <u>ORDER OF DISMISSAL</u>

THIS CAUSE is before the Court upon the Joint Notice of Voluntary Dismissal Without Prejudice (the "Joint Notice") [DE 66], filed herein on September 27, 2016. The Court has carefully considered the Joint Notice and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.      The Joint Notice [DE 66] is **APPROVED**;

2.      This action is **DISMISSED WITHOUT PREJUDICE**;

3.      Although the Joint Notice requests that the Court will retain jurisdiction to enforce the settlement, the Court lacks the power to do so. *See Matthews v. Gaither,* 902 F.2d 877, 880 (11th Cir. 1990) ("[A Rule 41(a)(1)(i)] dismissal is effective immediately upon the filing of a written notice of dismissal"); *see also Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1280 (11th Cir. 2012) (holding that because a stipulation of dismissal under Rule 41(a)(1)(ii) is self-executing the parties must condition the effectiveness of the stipulation on the district court's entry of an order retaining jurisdiction to enforce settlement

agreement);

4. The Clerk shall **CLOSE** this case and **DENY** all pending motions as moot.

**DONE AND ORDERED** in Chambers in Ft. Lauderdale, Broward County, Florida this

28th day of September, 2016.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record